

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2020

No. 04-19-00359-CR

Laura Flores **MESSICK,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11174
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which she asserts there are no meritorious issues to raise on appeal. Counsel certifies she served copies of the brief and motion on appellant, informed appellant of her right to review the record and file her own brief, informed appellant of her right to seek discretionary review should the court of appeals declare the appeal frivolous, and provided appellant with a form for requesting the record and explained to appellant the procedure for obtaining the record. *See Kelly v. State*, 436 S.W.3d 313, 319 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). As of the date of this order, appellant has not filed the record-request motion provided to her by her counsel.

If appellant desires to file a pro se brief, we **ORDER** that she do so by **FEBRUARY 27, 2020**. At this time, the State has filed a notice waiving its right to file a brief in this case unless appellant files a pro se brief. If appellant files a timely pro se brief, the State may file a responsive brief no later than thirty days after appellant's pro se brief is filed in this court.

We further **ORDER** the motion to withdraw filed by appellant's counsel held in abeyance pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80–82 (1988) (holding that motion to withdraw should not be ruled on before appellate court independently reviews record to determine whether counsel's evaluation that appeal is frivolous is sound); *Schulman v. State*, 252 S.W.3d 403, 410–11 (Tex. Crim. App. 2008) (same).

_____

Beth Watkins, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2020.

_____

MICHAEL A. CRUZ,
Clerk of Court